**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6306**

_____

MARK ROBINSON,

Plaintiff - Appellant,

versus

K. BASSETT; TAZEWELL CORRECTIONAL UNIT #31,
Authorities; MAJOR PICKERAL; MS. DOWDY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District
Judge.  (CA-01-804-7)

_____

Submitted:  May 16, 2002              Decided:  May 23, 2002

_____

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Mark Robinson, Appellant Pro Se.  Susan Foster Barr, OFFICE OF THE
ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Mark Robinson appeals the district court's order dismissing without prejudice his civil rights action filed under 42 U.S.C.A. § 1983 (West Supp. 2001), for failure to state a claim upon which relief may be granted. Because the dismissal was without prejudice, Robinson may refile his complaint alleging sufficient facts to state a claim for § 1983 relief. Accordingly, we dismiss the appeal for lack of jurisdiction because the order is not a final, appealable order. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED